WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA C. RAMOS, | Case No.: 2:18-cv-00710-JAD-CWH |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| SELECT PORTFOLIO SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Maria C. Ramos ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 19, 2018, Plaintiff filed her Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on April 30, 2018. Presently, SPS's responsive pleading is due by May 21, 2018. The Parties have discussed extending the deadline for SPS to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its responsive pleading to June 11, 2018.

///

///

This is the first stipulation for extension of time for SPS to file its response to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 18th day of May, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

DATED this 18th day of May, 2018.  
HAINES & KRIEGER, LLC

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff, Maria C. Ramos*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 21, 2018