| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Ace C. Van Patten, Esq.<br>Nevada Bar No. 0050<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 11731<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>avanpatten@wrightlegal.net<br>rhernandez@wrightlegal.net<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA C. RAMOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00710-JAD-CWH<br><br>**STIPULATION TO DISMISS SELECT PORTFOLIO SERVICING, INC. WITH PREJUDICE**<br><br>ECF No. 17 |

　　　　Plaintiff, Maria C. Ramos, and Defendant, Select Portfolio Servicing, Inc., who was erroneously plead as Select Portfolio Servicing, LLC ("SPS"), by and through their counsel of record, hereby Stipulate as follows:

　　　　Following the Notice of Settlement filed on May 23, 2018, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

　　　　IT IS HEREBY STIPULATED AND AGREED that SPS shall be dismissed from the above captioned action, with prejudice.

///

///

///

IT IS FURTHER STIPULATED AND AGREED THAT each party will bear their own fees and costs.

IT IS SO STIPULATED AND AGREED.

| Dated this 23rd day of July, 2018. | Dated this 23rd day of July, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | HAINES & KRIEGER, LLC |
| /s/ Ramir M. Hernandez | /s/ David Krieger |
| Ace C. Van Patten, Esq.<br>Nevada Bar No. 11731<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorneys for Select Portfolio Servicing, Inc.* | David Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Ste. 350<br>Las Vegas, NV 89123<br>*Attorney for Plaintiff, Maria C. Ramos* |

## ORDER

Based on the parties' stipulation **[ECF No. 17]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Select Portfolio Servicing, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 1, 2018